He B... [illegible] ... False-arrest
Cause                                    A misdemeanor
Charlesetta Williams statement    Officer
318 703-1208 - 8-24-2023    Kidnapping
                                          Hostaman
Crime Federal Case In Re Hitchhiches
Charlesetta Williams 14-mc-0041
Williams v. Steve Prator Et Al
5:21-cv-3799 Williams-v-Hitchmiches
A Complicant I Will Like To Filed
In Cases I see Filed From 2008
To Currently 5:08-cv-00945
5:08-cv-0138  5:09-cv-00381
5:09-cv-00382  5:12-cv-2123
5:12-cv-2957  5:21-cv-198
Williams-v-Unknown defendants
Walter Collins Jr paid
LT-Hamilton Ex L4 Old S-port
City Jail 755 Hope St
S port LA 71101 money To
Kill me And Told them
that He Did And LT-Hamilton
Officer they Did He Call
F.B.I. Federal Agent And Told
Him @ He Got LT-Sup S-port
City Jail 755 Hope St S-port
LA 71101 Head marshall of
Bossier City 71111 Who Got
Him For murder Accidental
Death Life Death penalty
Without Bond & parole

[left margin:] PO Box item 8  M.B. Kinder File 299 Negative Haseb Case Outback in 5:23-cv-299 Louis[illegible] Special Agent

RECEIVED SEP 07 2023 TONY R. MOORE, CLERK WESTERN DISTRICT OF LOUISIANA SHREVEPORT LOUISIANA BY

3:23-cv-1240

Charlesetta Williams Count
318 703-1208
8-24-2013    Statement    Criminal Charges
Attempted Second Degree Murder

United States Attorney Office
Criminal Charges 10-13-2021
Tony R. Moore Clerk of Court
Dept Clerk Sep. 18. 2021    Gerald
June 28, 2022 Mark L. Hornsby Ataway
STE 1167 Gerald ataway 3150
Martin Luther King Jr Dr
Southern police office Security
Guard In uniform He Is Not
A S.port Police office He Is
In S.port Police Car With
$10-000
Money City marshall Jon-Jon
paid Him To Kill me + police
Backseat of police-car Nm
74 Chief of police Wayne
Smith S.port police Dpt
1234 Texas Ave S.port LA 71101
Charlesetta Williams 2831 Kelsey
St S.port LA 71107 Case 3.23-CV-
01114 # 2 C.W. Sanctioned Banned
versus unknown denfendants
Civil Action Nm 3.23-CV-01114
Judge Terry A Doughty Mag.
Judge Kaylan McClusky on
Behalf of Tony R. Moore
Clerk of Court Deputy Clerk
3.23-CV-982 Doc No 4

Charlesetta Williams            Kindnapping
318-706-7508                    Medical
8-24-2023        Statement      procedures

Admitted LA. Behavior Heath
Ocher Kingshwy S-port LA 71103
3-28-2023  29- 3-30-2023
3-31-2023, 3. Days I were
In their 3-1-2023 3-2-2023
4  3-3-2023 I suppose To been
Discharge I were not
4-4-2023 medical Doctor
Foote & pystric Ilegal
medication And medical
procedures Kindnapping
Charlesetta Williams
2831 Kelsey St S-port LA 71109
Officer D. Wane L-Warren
Chief of Police Wayne Smith
S.P.D. 1234 Texas Ave
S-port LA 71101 Ast Asst
Chief of Police LT. Sup
S-port City Jail 755
Hope St S-port LA 71101
Kindnapping Attempted
Second Degree murder
Rn Admister Shot HAL-DOL
Injection 5-MC I Did
Not suppose To be own
they Drew Blood Against
my will arderscia Ambulance

neghbor were at Home Talk family to police from House He Is In were present at my home Marvin Knuckle 2833 Kelsey St S-port LA 71107 LA, Behavior Heath Conner mother did not Go To A Conner Barbara J Williams 2831 Kelsey St S-port LA 71107 Nor Did A Neighbor Call Nor Did I Call Nor Did I Go To A Conner myself C.W. the main Hospital were Closed they Treated me ILeGal under my State Insurance medicade Through the state I Don't Have private Insurance Willis Knighton South Bert-Know FOR SchFrantic no 5:21-cv-3799 Case um Williams-v-unknown defendants 3.23-cv-01114-TAD-KDM C.W. 2831 Kelsey St Cooper Rd S-port LA 71107 Case 3.23-cv-01116 #2 C.W. 2831 Kelsey St Charlisetta W. Statement 8-24-2023 318 703-1208

(margin, left side, vertical): Residents of university Park Resident Dr King Martin Luther community All Communities

Charlesetta Williams Attempted
318 703-1308 Second
8-24-2023 Degree
Murder
Local Police United States
Dpt of Justice 401 Edwards
St. S.port LA 71101 Crime Federah
Stalking Stalking By Talking
Touching of the Body oregons
A Felony Attempted Second
Degree Murder Hased 250
Lap-Top Computer Stalking
Devices the Disc Hased the
Stun-Gun In it me In Camera
they Is In Gerald Halaway Lap-
Top Computer With A Disc
and Tape the Disc Is In the
Shop With picture M.B. Kimbel
Boss Took Officer Hand on
it Allen Atkins In Shop
With so white Officer L. W.
T. Bdge 1551 United versing park
Residents of University Park
Residents Dr. Martin Luther
King Jr. Community S-port
LA 71107 all Communities
Stalking Stalking By Talking
Touching of the Body oregons
A Felony Attempted Second
Degree Murder With A Lap-Top
Computer Stalking Device

Charlesetta Williams Case
318 703-1508
8-24-2023
Case 3:23-CV-01116    #2    Plantiff
                             pro-se
                             plantiff
C. Williams -V- Unknown defendants
Civil Action No. 3:23-CV-01116
Judge Terry A Doughty
Mag. Judge Kayla D. McClusky
Tony R. Moore Deputy Clerk
Doc No 1. 3:23-CV-982 Doc No. 4
Case No 5:21-CV-3799
Williams -V- Unknown defendants
3:23-CV-01116 -TAD, KDM
3:23-CV-982 Doc No. Williams
V. Unknown defendants 3:23
-CV 01115 -TAD-KDM Doucment #2
No 2 Case 3:23-CV-01115
Civil Action No 3:23-CV-01115
Judge Terry A. Doughty
MAG. Judge Kayla D. McClusky

Charlosett Williams
318 703-1208                    File this Compleant
8-26-2023                       pro-se plantiff
     Mag. Judge Kayla D. McClusky
Chief Judge Terry A Doughty    PLANTIFF
Hospital Kidnapping 3-28-2023
I were B.Giving A Shot other medical
Procedures The Hospital Closed
Williams Charlesett HAR.2800130803
MRN 11444374 DOB 12-14-63
59yrs Female CSN 339778817
Adm 3-28-2023 AC339778817
Order of postive Custody
No medical Record No
Mental Evulation District
G Fire Dpt DAvid Raines Rd
Cooper Rd S port LA 71107
I Dont Have medicade with
the State I were Treated Ilegal
Held Against My Will I Rufuse
Treatment they could not
Have Treated me 3-28-2023
Adm 3-28-2023 Williams
HAR 98200019349 MRN 11444374
DOB 12-14-63 59yrs Female
CSN 339792494 AC339792494
City ordiance S. port police
Officer BdGe Nm Corpal
Davis 204 Sup. SS7 Chief
of Police Wayne Smith
S.P.D. 1234 Texas Ave
S port LA 71101 AC339792494
Order of postive Custody
S port City Jail 755 Hope
St S port LA 71101 Office D. Ware
Of L Warren L.A. Behavior Heath
King Hospital medical Doctor

medical
Dr. Foutet pystric main Hospital 1544 or 1541 King Hwy anGenderia Ambulance Family member were present At Home Sylvia Edwards Ruseman. E Edwards Dannelle Green Ros Residents University Park Dr Martin Luther King Jr. Community S port LA 71107 Marvin Knuckles 2833 Kelsey St S port LA 71107 Cooper Rd Janice Knight 2979 Victor St S port LA 71107 Marcus Williams LA-Shannon Edwards James Tigue 2850 Hill St corner of Kelsey St Cooper Rd. All communities they Have A Lap Top Computer stalking Device United Government Dpt of Justice M-B Kinder males LA. state pen Angola stalking stalking LIFE by Talking Touching without of the Body organs Bond + parole Attempted Second Degree murder LA. State pen Saint-Gable LIFE stalking stalking by Talking Touching of the Body organs A Felony Attempted Second Degree murder Life without Bond + parole

Charlesetta Williams
2831 Kelsey St
Sport LA 71107

Federal F.B.I. Court Building
Western District of LA
U.S. Court District
300 Fannin St
Clerk-of Court Tony R. Moore
Deputy Clerk Mark L.
Hornsby Ste 1167